

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00370-CV

**IN RE STATE NATIONAL INSURANCE COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

On June 4, 2018, relator filed a petition for writ of mandamus, and the real party in interest filed a response. After considering the petition and response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 27, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-088, styled *State National Insurance Co. v. Stonehouse Builders, LLC*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Bill R. Palmer presiding.